UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. CHAKER,<br><br>         Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the California Office of the Attorney General; MICHAEL M. RODDY, in his official capacity as Executive Officer, Clerk, Jury Commissioner, Superior Court of the County of San Diego, and Does 1-50,<br><br>         Defendants. | Case No.:  21cv388 DMS (DEB)<br><br>**ORDER (1) DENYING MOTION TO APPOINT COUNSEL AND (2) SETTING DEADLINE TO FILE OPPOSITIONS TO MOTIONS TO DISMISS** |

   This case was recently transferred to this Court from the United States District Court for the Eastern District of California, and then reassigned to the undersigned judge.  At the time of transfer, there were three motions pending before the court:  (1) Defendant Becerra's motion to dismiss, (2) Defendant Roddy's motion to dismiss, and (3) Plaintiff's renewed motion for appointment of counsel.

   When Plaintiff filed this case in the Eastern District, he filed a motion to proceed in forma pauperis ("IFP") and a motion for appointment of counsel along with his Complaint. The court granted Plaintiff's request to proceed IFP, but denied his request for appointment

1

of counsel.  (*See* ECF No. 5.)  This Court has reviewed that Order and Plaintiff's renewed motion, and finds the arguments raised in the renewed motion do not alter the analysis set out by the Eastern District.  Accordingly, Plaintiff's renewed motion for appointment of counsel is denied.

In his renewed motion, Plaintiff requested that the Court stay the deadline for him to file an opposition to the motions to dismiss pending a ruling on his renewed request for appointment counsel.  (ECF No. 21 at 4.)  The Eastern District did not rule on that request prior to transferring the case to this Court, but it did proceed to take the motions to dismiss under submission.  Notably, Plaintiff did not file an opposition to either motion, and it is unclear whether that was a deliberate decision on his part or if Plaintiff was awaiting a ruling on his renewed request for counsel.  In light of that uncertainty, the Court grants Plaintiff until **April 9, 2021**, to file his oppositions to the pending motions to dismiss.  If Plaintiff does not file opposition briefs by that date, the Court will grant the motions pursuant to Civil Local Rule 7.1(f)(3)(c).

**IT IS SO ORDERED**.

Dated:  March 26, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court