UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. CHAKER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the California Office of the Attorney General; MICHAEL M. RODDY, in his official capacity as Executive Officer, Clerk, Jury Commissioner, Superior Court of the County of San Diego, and Does 1-50,<br><br>　　　　　　　　Defendants. | Case No.:  21cv388 DMS (DEB)<br><br>**ORDER GRANTING MOTIONS TO DISMISS** |

　　　In a March 26, 2021 Order, this Court gave Plaintiff an April 9, 2021 deadline to file his oppositions to Defendants' pending motions to dismiss.  Plaintiff did not file an opposition to either motion, and his deadline has now expired.  Consistent with the Court's Order, Defendants' motions to dismiss are granted pursuant to Civil Local Rule 7.1(f)(3)(c).  The Clerk of Court shall enter judgment accordingly and close this case.

　　　**IT IS SO ORDERED**.

Dated: April 14, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court