

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Darren D. Chaker

                        **Plaintiff,**

                  V.

See attachment

                        **Defendant.**

Civil Action No.   21cv0388-DMS-DEB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In a March 26, 2021 Order, this Court gave Plaintiff an April 9, 2021 deadline to file his oppositions to Defendants' pending motions to dismiss. Plaintiff did not file an opposition to either motion, and his deadline has now expired. Consistent with the Court's Order, Defendants' motions to dismiss are granted pursuant to Civil Local Rule 7.1(f)(3)(c). The Clerk of Court shall enter judgment accordingly and close this case.

| | |
|---|---|
| **Date:**    4/14/21 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ M. Exler<br>                                  M. Exler, Deputy |

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  21cv0388-DMS-DEB

XAVIER BECERRA, in his official capacity as Attorney General of the California Office of the Attorney General; MICHAEL M. RODDY, in his official capacity as Executive Officer, Clerk, Jury Commissioner, Superior Court of the County of San Diego, and Does 1-50,
Defendants